## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID S. MILLER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| PEGGY R. DURNEY, | ) | |
| MICHAEL J. DURNEY, and | ) | **JURY TRIAL DEMANDED** |
| LAUNDRY LOOPS | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT

Plaintiff David S. Miller by its attorneys, for its Complaint of patent infringement against Defendants Peggy R. Durney, Michael J. Durney, and Laundry Loops, alleges as follows:

### PARTIES

1.      David S. Miller is a Delaware citizen and operates Vanguard Manufacturing which has a principal place of business at 11 Lewis Circle, Wilmington, DE 19804.

2.      On information and belief, Defendants Peggy R. Durney and Michael J. Durney are Montana citizens and reside at 1027 S. Tracy Ave., Bozeman, MT, 59715 and operate the co-defendant business Laundry Loops.

3.      On information and belief, Defendant Laundry Loops is a Montana business and has a principle place of business at P.O. Box 5167, Bozeman, MT 59717,

telephone nos. (888) 246-5667, (406) 582-7550, and operates a web page at www.laundryloops.com.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over all causes of actions set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Defendants because Laundry Loops and/or Peggy Durney and/or Michael Durney conduct business within the state of Delaware as evidenced at least by the www.laundryloops.com webpage which lists the University of Delaware as a customer and/or user of Laundry Loops products. A copy of Defendants' webpage is attached as Exhibit A.

6.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c), and 1400(b).

## PATENTS IN SUIT

7.      On 12 November 2002, U.S. Patent No. 6,478,464 ("the '464 patent"), entitled "Laundry Retention Device" was duly and legally issued, naming David S. Miller as inventor. Plaintiff David S. Miller, is the owner of all right, title, and interest in and to the '464 patent, including the right to recover damages for past infringement. A true and correct copy of the '464 patent is attached hereto as Exhibit B.

8.      On 2 October 2007, U.S. Patent No. 7,275,868 ("the '868 patent"), entitled "Laundry Retention Device" was duly and legally issued, naming David S. Miller as inventor. On 25 December 2007, a Certificate of Correction was issued for the '868 patent. Plaintiff David S. Miller, is the owner of all right, title, and interest in and to the

'868 patent, including the right to recover damages for past infringement. A true and correct copy of the '868 patent is attached hereto as Exhibit C.

## COUNT I: PATENT INFRINGEMENT

9.      The allegations of paragraphs 1-8 above are repeated and realleged as if set forth fully herein.

10.      Upon information and belief, Defendants have directly infringed the '464 and the '868 patents by making, using, selling and/or offering for sale Defendants' "Laundry Loop with Sock Bag" device, in violation of 35 U.S.C. § 271(a).

11.      Upon information and belief, Defendants have engaged in activities that constitute contributory infringement and/or inducement to infringe the '464 and '868 patents in violation of 35 U.S.C. § 271(b) and (c).

12.      Upon information and belief, Defendants' infringement of the '464 and '868 patents has been and continues to be willful and deliberate. Plaintiff provided notice to Defendants of its patents and the product accused to infringe but Defendants have refused, despite such notice, to cease their infringing activity.

13.      Upon information and belief, Defendants are making unlawful gains and profits from its infringement of the '464 and '868 patents.

14.      Plaintiff has suffered damages by reason of Defendants' aforesaid infringement of the '464 and '868 patents for which Plaintiff is entitled to relief under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A.      Defendants be declared and determined to have infringed the '464 and '868 patents;

B.      This Court order an accounting for all damages sustained by Plaintiff as a result of Defendants' infringement of the '464 and '868 patents, and that such damages be awarded to Plaintiff, and that interest and costs be further assessed against Defendants pursuant to 35 U.S.C. § 284;

C.      This Court increase the damages assessed against Defendants to three times the amount found or assessed pursuant to 35 U.S.C. § 284 as a result of Defendants' willful infringement;

D.      This Court declare and determine this an exceptional case and order that Defendants pay to Plaintiff its reasonable attorneys' fees and costs, pursuant to 35 U.S.C. § 285;

E.      This Court issue a preliminary and permanent injunction enjoining Defendants from infringing the '464 and '868 patents until the expiration dates of the patents; and

F.      This Court award such further and other relief to Plaintiff as the Court deems just, together with its costs and disbursements in this Action.

Respectfully submitted, this the 1st day of February, 2008.


/s/ Daniel C. Mulveny
Daniel C. Mulveny (3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)

*Attorneys for Plaintiff David S. Miller*

589389_1.DOC

5

# EXHIBIT
# A



## Here are some of the schools, teams and clubs that have SWITCHED to Laundry Loops.

American International College
Arizona State Univ.
Arizona Western Univ.
Ashland Univ. Athletic Dept.
Auburn Athletic Dept.
Bakersfield College
Baldwin-Wallace College
Bard College
Bates College
Baylor Univ. Athletics
Beloit College Athletics
Bethel College Athletics
Birmingham Southern College
Bishop's Univ.
Bismark State College Athletics
Boise State Univ.
Boston College
Boston Univ.
Bowdoin College
Brewton-Parker College
Brigham Young Univ.
Brock Univ.
Brown Univ.
Bucknell Univ.
Cabrillo College
Cal. State, Fullerton
Cal. State, Monterey Bay
Cal. State, Sacramento
Cal. State, Stanislaus
Campion Academy
Canisius College
Carleton Univ.
Carroll College
Central College
Central Connecticut State Univ.

Abbott High School
Aberdeen Baseball Club
Adirondack Ice Hawks
Akron Aeros Baseball Team
Albany Area Schools
Alpine I.S.D.
Anaheim Angels
Anchorage Aces Hockey
Andrew Jackson High School
Anton High School
Arizona Rattlers
Arlington High School
Arvin High School
Asheville Tourists Baseball Club
Astronaut High School
Atlantic League
Augusta Stallions
B.C. Icemen
Bakersfield Condors
Baltimore Orioles
Bangor High School
Barbers Hill High School
Belfast Giants
Bellevue Club
Billings Athletic Club
Billings Rimrockers
Binghamton Mets
Birmingham Bulls Hockey Team
Bluefield Orioles
Boise Hawks Baseball Club
Bowie Baysocks
Bowling Brook Prep
Bozeman Icedogs Hockey Team
Bracknell Bees Hockey Team
Brampton Battalion

Centralia College
Chowan Univ.
Clarkson Univ.
Cleveland State Univ.
Cloud County Community College
Creighton Univ.
Coastal Carolina Univ.
Colby College
College of Charleston
College of the Desert
College of William & Mary
Colorado College
Colorado State Univ. Athletics
Colorado Technical Univ.
Columbia Univ. Athletics
Concord College
Concordia Univ.
Converse College
Copiah-Lincoln Comunity College
Cornell Univ.
Cornerstone Univ.
Dakota Wesleyan Univ.
Delta State Univ.
Detroit Tigers
Diablo Valley College
Dodge City Community College
Drake Univ.
East Carolina Univ. Athletics
East Central Comm. College
East Wyoming College Athletics
Eastern Illinois Univ.
Eastern Kentucky Univ.
Eastern Michigan Univ.
Elizabethtown College
Emory Univ.
Erskine College Athletics
Evangel Christian Academy
Faulkner Univ.
Ferrum College
Fitchburg State College Athletics
Florida College
Florida State Univ.
Foothill–De Anza Community Coll.
Fort Lewis College
Franklin and Marshall College
Frostburg State Univ.
Garden City Community College
Georgetown Univ.
Georgia Southern Univ.
Georgia Tech Athletic Association

Bridgeport High School
Brookhaven School District
Bryson High School
Buffalo Bisons Baseball Club
Burlington Indians
Butte Copper Kings Baseball Club
Canyon Del Oro High School
Carolina High School
Carolina Mudcats
Carter Jr. High
Carthage High School
Catalina Foothills High School
Central Texas Stampede Hockey
Chicago Bears
Chicago Cubs
Chicago Magic Soccer
Chicago White Sox
Cincinnati Reds
Cleveland Athletic Club
Cleveland High School
Cleveland Indians
Clyde A. Erwin High School
Colorado Rockies
Columbus Redstixx Baseball Club
Commerce I.S.D.
D.C. Special Olympics
Dayton Dragons
Daytona Cubs
Delmarva Shorebirds
Detroit Shock
Dobie High School
El Paso Buzzards
Ellington High School
Erie Sea Wolves
Eugene Emeralds Baseball
Father Flanagan's Boys' Home
Flint Generals
Florence High School
Florida Marlins
Florida Panthers
Flowing Wells Schools
Fork Union Military Academy
Fort Myers Miracles Baseball Team
Fort Saskatchewan Traders
Franklin County High School
Frederick Keys
Ft. Worth Brahmas Hockey Team
Glynn Academy
Grand Rapids Rampage
Greensboro Generals

Gettysburg College
Gonzaga Univ. Athletic Department
Guilford College
Harleton State Univ.
Hartnell Junior College
Haveford College
Hillsborough Community College
Hinds Community College
Hoffman Estates Park District
Humbolt State
Huntington College
Idaho State Univ. Athletic Dept.
Imperial Valley College
Iona College
Iowa State Univ.
Itawamba Community College
Kellogg Community College
Kennesaw State Univ.
Kent State Univ.
Kentucky State Univ.
King College
Lafayette College
Lake Superior State Univ.
Lakeland College
Lancaster Bible College
Langston Univ.
Lebanon Valley College
Liberty Univ.
Linn-Benton Community College
Long Island Univ. Athletic Dept.
Louisiana State Univ.
Loyola Marymount Univ.
MacMurray College
Manchester College
Maricopa Comm. Coll. District
Mars Hill College Athletic Dept.
Marshall Univ. Athletic Dept.
Marquette Univ.
MC Lennon Community College
McGill Univ. Athletics Dept.
Medicine Hat College
Merced College
Mesa Public School District #4
Miami Univ.
MidAmerica Nazarene Univ.
Middle Tennessee State Univ.
Middlebury College
Middlesex County College
Miles Community College
Mississippi College

Hawley High School Athletic Dept.
Helena Brewers
Hobbton High School
Houston Astros
Houston Thunderbears
Huntsville Channelcats Hockey
Huntsville Stars Baseball
Hyman Brand Hebrew Academy
Indiana Force
Iowa Cubs
Itawamba A.H.S.
Jacksboro High School
Jacksonville Tomcats
Jamestown Jammers
Johnstown Chiefs
K.C. Blades
Kane County Cougars
Kansas City Club
Kingswood Oxford School
Kinston Indians
Kiski School
La Guaira Sharks
Lafayette Bayou Bullfrogs
Lafayette Leopards Baseball Team
Lafayette Swampcats
Lake Charles Ice Pirates
Lake Elsinore Storm
Lancaster Jethawks
Lansing Lugnuts
Life Start Wellness Network
Lincoln Stars Hockey Team
Lloydminster Bobcats
Los Angeles Avengers
Lynchburg Hillcats
Macon Whoopee
Manatee High School
Marquette Electricians Hockey
Marquette Rangers
McComb School District
Memphis Redbirds
Memphis Univ. School
Metro Sports & Health Club
Midland Angels
Midland Angels Baseball Club
Milwaukee Brewers
Missouri Athletic Club
Missouri Athletic Club West
Mohawk Valley Prowlers Hockey
Monroe Moccasins Hockey Team
Montreal Expos Player Development

Mississippi State Univ.
Montana State Univ.
Montana State Univ., Billings
Montana State Univ., Northern
Montana Tech Univ.
Montclair State Univ.
Morehouse College
Morningside College
Mount Allison Univ.
Mount Mercy College
Mount Union College
Mt. Hood Community College
Mt. San Antonio College
Nazareth College
New Hampshire College
New Mexico State Univ.
Niagara Univ.
North Carolina State Univ.
North Central College
North Dakota State Univ. Athletics
North Greenville College
Northeast Mississippi Comm. Coll.
Northwest Univ.
Northwestern Univ.
Nyack College
Oglethorpe Univ. Athletic Dept
Ohio Univ.
Ohio Wesleyan Univ.
Oklahoma City Univ.
Oklahoma State Univ.
Oregon State Univ. Athletic Dept.
Pace Univ.
Peace College
Perpperdine Univ.
Point Loma Nazarene College
Penn State Univ
Port Huron Border Cats Hockey Club
Prairie View A&M Univ.
Providence College Athletic Dept.
Reinhardt College
Rend Lake College
Rhode Island College
Rockford College
Rutgers Athletics
Sacred Heart Univ. Athletic Dept.
Saint Mary Univ.
San Bernardino Valley College
San Diego State Univ.
San Jose City College
Santa Monica College

Moss Point School District
Mt. Spokane High School
Muskegon Fury
Nashua Pride Baseball
Navarro High School
Nelson Leafs
New Jersey Red Dogs
New York Mets
Newberry High School
NFL Europe
Norfolk Nighthawks
North Attleboro Middle School
North High School
Notre Dame High School
Odessa Jackalopes Hockey Club
Ogden Raptors Baseball Team
Omaha Lancers Hockey Team
Oneonta Tigers Baseball Team
Orange Park High School
Orlando Predators
Orlando Rays Baseball Club
Oshawa Legionaires Jr. Hockey
Palacios High School
Panahou Hawaii Schools
Peninsular Club
Pensacola Barracudas
Pensacola Ice Pilots Hockey Team
Pflugerville High School
Portland Seadogs Baseball Club
Portland Winter Hawks
Potomac Cannons
Premier Health & Fitness
Prince George Spruce Kings
Proctor Academy
Restigouche Jr. "A" Tigers
Ripken Baseball Camps
Roanoke Express / Roanoke Steam
Rochester Red Wings
Rockbridge County High School
Rockford Lightning
SAIT Trojans Hockey Club
Salem Avalanche Baseball
San Angelo Outlaws
San Antonio Diablos
San Antonio Silver Stars
San Diego Padres
Sarnia Sting Hockey Club
Schaumburg Flyers Baseball
Seattle Mariners Baseball Club
Seattle Thunderbirds

Seminole Community College
Seton Hall Univ.
Shasta College
Shattuck St. Mary's School
Sierra College
Southern Conneticut State Univ.
Southern Nazarene Univ.
Southern Oregon Univ.
Southern Polytechnic State Univ.
SW Assemblies of God College
Southwestern Community College
Southwestern Illinois College
Southwestern Univ.
St. andrews Presbyterian College
St. Cloud State Univ.
St. John's Univ.
St. Lawrence Univ.
St. Mary's of California
St. Thomas Univ.
Stanford Univ. Athletics
State Center Comm. Coll.
SUNY Brockport
SUNY Plattsburgh
SUNY Stony Brook
Syracuse Univ. Athletics
Temple Univ.
Tennesse State Univ.
Texas A&M - Corpus Christi
Texas Christian Univ.
Texas Lutheran Univ.
Texas Southern Univ.
Texas Tech Univ. Athletics
The Citadel
The Univ. of West Alabama
Thiel College
Thomas College
Trinity Christian College
Trinity College
Trinity Univ.
Tulane Univ.
Tyler Jr. College
U.S. Air Force Academy
Ulster County Community College
UNC, Wilmington
Union County High School
Univ. of Alabama--Birmingham
Univ. of Alaska--Anchorage
Univ. of Alaska–Fairbanks Athletics
Univ. of Arizona
Univ. of Bridgeport

Shreveport Mudbugs
South Pointe HS
Southern Guilford High School
Spokane Chiefs Hockey Club
St. Christopher's School
St. Louis Cardinals
Sterlington High School
Stoney Point High School
Swedish Ice Hockey Association
Taft Union High School District
The King's Mill Club
The Soap Box
Thompson Blazers
Toledo Mudhens
Trail Smoke Eaters Hockey Team
Trenton Thunder
Trenton Titans Hockey Club
Tri-City Storm
Tulsa Oilers Hockey Inc.
Tulsa Talons
Twin City Vulcans
Union League Club of Chicago
Universal Athletic Service
USA Baseball
USA Hockey
USA Inline Hockey Team
USC Salkehatchie Baseball
Utah Freezz
Utica Blue Socks Baseball
Vardaman High School
Victoria Grizzlies
Warenham Gatemen
Washington Nationals
West High School
West Tenn. Diamondjaxx
West Vigo High School
Western Michigan Whitecaps
Wichita Thunder Hockey
Williamsport Crosscutters
Wilmer-Hutchins ISD
Winston Churchill High School
Woodruff High School
Woodstock Slammers

Univ. of Central Florida Athletics
Univ. of Cincinnati Athletic Dept.
Univ. of Colorado Athletics
Univ. of Dallas
Univ. of Dayton Athletic Dept.
Univ. of Delaware
Univ. of Florida Athletic Assoc.
Univ. of Houston Athletics
Univ. of Idaho
Univ. of Indianapolis
Univ. of Kansas
Univ. of Kentucky Athletic Dept.
Univ. of Louisiana–Lafayette
Univ. of Louisville
Univ. of Maine
Univ. of Mary
Univ. of Maryland
Univ. of Maryland Baltimore County
Univ. of Maryland–Eastern Shore
Univ. of Massachusetts--Amherst
Univ. of Massachusetts–Lowell
Univ. of Memphis
Univ. of Michigan Athletic Dept.
Univ. of Michigan Recreational Sports Dept.
Univ. of Minnesota
Univ. of Minnesota-Duluth Athletics
Univ. of Mississippi
Univ. of Missouri, Kansas City
Univ. of Missouri, Rolla
Univ. of Montana
Univ. of Nebraska–Omaha
Univ. of Nevada, Reno
Univ. of New Mexico Athletic Dept.
Univ. of North Carolina–Asheville
Univ. of Northern Iowa
Univ. of Notre Dame
Univ. of Ottawa
Univ. of Puget Sound
Univ. of Richmond
Univ. of Sioux Falls
Univ. of South Alabama
Univ. of South Carolina
Univ. of South Dakota
Univ. of South Florida
Univ. of Oklahoma Athletic Dept.
Univ. of Southern California
Univ. of Southern Maine
Univ. of Southern Mississippi
Univ. of Tampa Athletics
Univ. of Tennessee at Chattanooga

Univ. of Tennessee at Martin
Univ. of Tennessee Athletics
Univ. of Texas at El Paso
Univ. of Texas Pan American
Univ. of the South Athletic Dept.
Univ. of Toledo Athletic Dept.
Univ. of Vermont
Univ. of Virginia
Univ. of Washington
Univ. of West Virginia
Univ. of Wisconsin–Madison
Univ. of Wisconsin–River Falls
Univ. System of New Hampshire
Utah State Univ.
Utah Valley State College
Vassar College
Ventura College
Virginia Commonwealth Univ.
Virginia Military Institute
Wake Forest Univ. Athletic Dept.
Walsh Univ. Athletics
Wayne State Univ.
Weber State Univ. Athletics
West Chester Univ. Athletics
Westminster College
Whitworth College Athletic Dept.
Wilkes-Barre Penguins
Wilmington College
Wittenberg Univ.
Wright State Univ.
Xavier Univ.
Yale Univ.
York College
Yuba Community College

Home | How To Use | Product Information | Customers | Testimonials | Order Form | Specs Sheet | Contact Us

Laundry Loops·

©2005

# EXHIBIT
# B

US006478464B1

(12) **United States Patent**
Miller

(10) Patent No.: **US 6,478,464 B1**
(45) Date of Patent: **Nov. 12, 2002**

(54) **LAUNDRY RETENTION DEVICE**

(76) Inventor: **David S. Miller**, 11 Lewis Cir.,
Wilmington, DE (US) 19804

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/901,449**

(22) Filed: **Jul. 9, 2001**

(51) Int. Cl.$^7$ ................................................. **B65D 33/28**
(52) U.S. Cl. ........................... 383/76; 383/74; 383/117;
224/663
(58) Field of Search ............................ 383/117, 73, 74,
383/75, 76; 224/663, 665, 671, 675, 677;
150/102, 134

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,077,959 | A | * 11/1913 | Gregory et al. | ......... 383/117 X |
| 1,493,594 | A | * 5/1924 | Binns | ..................... 224/663 X |
| 1,597,734 | A | * 8/1926 | Sousa, Jr. | ............... 224/663 X |
| 4,228,834 | A | * 10/1980 | Desnick | ..................... 383/117 |
| 4,411,267 | A | * 10/1983 | Heyman | ..................... 224/663 |
| 4,630,312 | A | 12/1986 | Milstein | |
| D294,757 | S | 3/1988 | Kahane et al. | |
| 4,884,732 | A | * 12/1989 | Sunderland | ............. 224/677 X |
| 4,911,345 | A | * 3/1990 | James et al. | ............ 224/663 X |
| 4,979,833 | A | 12/1990 | Cook | |
| 5,050,999 | A | * 9/1991 | Van Loon, III | ............ 383/117 |
| 5,238,305 | A | * 8/1993 | Feller | ........................... 383/117 |
| 5,551,128 | A | 9/1996 | Townsend | |
| 5,836,497 | A | * 11/1998 | Pelish | ..................... 224/663 X |
| D411,671 | S | 6/1999 | Hamblin | |
| 6,038,748 | A | 3/2000 | Durney et al. | |
| 6,092,702 | A | * 7/2000 | Cassidy, IV | ............ 224/675 X |
| 6,174,848 | B1 | * 1/2001 | Dawson et al. | ......... 383/117 X |
| 6,257,406 | B1 | * 7/2001 | Garino | ................... 383/117 X |

* cited by examiner

*Primary Examiner*—Jes F. Pascua
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge &
Hutz LLP

(57) **ABSTRACT**

The invention is directed to a laundry retaining device
comprising a strap and a bag. The strap is suitable for
retaining larger articles of clothing that have openings to
pass the strap through, such as shirts and shorts. The bag,
preferably a mesh bag, retains smaller articles of clothing or
articles that do not have openings to pass the strap through.
The device allows for the washing and drying of a set or
several sets of clothes at once without having to sort and
recreate each set of laundered clothes.

**2 Claims, 1 Drawing Sheet**





_Fig. 1._

David M.

US 6,478,464 B1

1

# LAUNDRY RETENTION DEVICE

The invention is directed to a laundry retention device comprising a strap and a bag. The device provides a convenient means to keep a set of clothes together, including articles of clothing that do not have openings to pass a strap through, such as socks, so that a set or several sets of clothes can be laundered at once without having to sort and recreate the set or sets of laundered clothes.

## BACKGROUND OF THE INVENTION

To launder sets of clothing for a group of individuals, such as athletic uniforms, it is necessary to group each set of clothes so that it can be returned to the proper individual. To efficiently launder several sets of clothes at once, a retention device is needed to keep each set of clothes together while the clothes are laundered. With such a device, the clothes can be returned to the individual without having to manually sort through all of the clothing and recreate each set. An important aspect of such a laundry retention device is the ability to securely retain smaller articles of clothing, such as socks. These smaller articles can be the most difficult and time consuming to sort.

There are three general devices known for retaining laundry. These are: (1) a large laundry pin; (2) a mesh bag; and (3) a strap or leash. Each of these devices has drawbacks that makes it unsatisfactory for use with small articles of clothing.

Laundry pins resemble large safety pins that are about five inches in length and are typically made of metal. A laundry pin retains articles of clothing by either passing through an opening in the article or by piercing the article. Articles of clothing that do not have an opening to pass the pin through, such as socks, must be pierced. Articles that are too thick to pass the pin through must also be pierced. Piercing clothes damages the clothing. Another drawback of laundry pins is that the shape causes them to snag and tear other garments when several sets of clothes are laundered at once. Further, because of the size and shape of the pin, the amount of clothes that can be retained with a single pin is limited. Still another limitation of laundry pins is that any identification tag for the clothes must also be attached to the pin.

Mesh bags are conventionally constructed of mesh nylon or similar material. While mesh bags avoid the problems associated with laundry pins, such as the snagging and tearing of clothes, large clothing articles tend to wad up in the bag during washing. The tendency for clothes to wad up in the mesh bags prevents the clothes from being fully cleaned and dried. Also, when a mesh bag is placed in a dryer the clothes tend to become severely wrinkled.

Laundry straps or leashes are suitable for retaining articles of clothing that have openings to pass the strap through so that the strap can be closed to form a loop. The size of the loop allows for larger clothes to be effectively cleaned and dried without causing excessive wrinkling. Additionally, because there are no sharp edges or places to snag, laundry straps do not damage the clothes. However, laundry straps have the inherent problem of being incapable of retaining articles of clothing that do not have openings to pass the strap through, such as socks.

One solution to this inherent drawback of laundry straps is the addition of a second buckle to form a smaller loop with the strap. Such a device is disclosed in Townsend, U.S. Pat. No. 5,551,128 (1996). However, the ability for this type of device to securely retain socks and other small articles of clothing is limited as these articles are only held by the friction between the clothes and the smaller loop.

2

Another solution to the inherent drawback of laundry straps is the combination of the strap and a loop of cord with a cordlock fastener to retain the socks. Such a device is disclosed in Dumey et al., U.S. Pat. No. 6,038,748 (2000). However, this device, like that of Townsend, retains small clothes solely by the friction between the clothes and the nylon cord. Both of these devices are known to unsuccessfully retain socks and other small articles of clothing without openings, particularly when the clothes are made from modern synthetic fabrics which do not function well with friction retention systems.

The drawbacks observed in the prior art clearly show that there is a need to provide a laundry retention device that retains socks and other small articles of clothing that do not have openings These drawbacks have been overcome by the inventor through the addition of a relatively small bag attached to a laundry strap. The invention has unexpectedly been found to successfully retain articles of clothing without openings, such as socks, while being able to effectively clean and dry all of the retained articles of clothing. Because the present invention does not retain socks and other small articles of clothing by friction, the invention securely holds clothes made from both natural and, particularly, synthetic fibers.

## SUMMARY OF THE INVENTION

The present invention is a device for retaining laundry comprising a strap having opposing strap ends with a fastener to releasably connect the strap ends and a bag, the bag having an opening and a closure to close the opening. The bag is attached to the strap. The strap retains clothes by passing one strap end through openings in the clothes and connecting the strap end to the other strap end using the fastener. The bag retains articles of clothing that do not have openings to pass the strap through, such as socks. The bag is made of mesh, screen, fabric, perforated fabric, or other suitable material known by an ordinarily-skilled artisan to allow the clothes placed inside the bag to be effectively washed and dried. In a preferred embodiment of the present invention, the bag is a mesh bag.

In view of the above, it is an object of the present invention to provide a device to securely retain articles of clothing both with and without openings so that all of the retained clothes can be effectively cleaned and dried together. Effective cleaning and drying involves allowing the clothes to be thoroughly washed and dried. It is an object of the present invention that using the device allows for the retained clothes to be as effectively washed and dried as if the clothes were placed individually, i.e., not retained, into the washer and dryer.

It is another object of the present invention that more than one set of clothes can be simultaneously washed and dried by retaining each set of clothes with a device. It is yet another object of the present invention that an identification tag is attached to the device so that each device and the retained clothes can be easily identified.

Further scope of applicability of the present invention will become apparent from the following detailed description. However, it should be understood that the detailed description of the preferred embodiments of the invention is provided for illustration only. Various changes and modifications within the spirit and scope of the invention will become apparent to an ordinarily-skilled artisan from this detailed description. Therefore, it is understood that both the above general description and the following detailed description are exemplary and explanatory and do not restrict the scope of the claimed invention.

US 6,478,464 B1

3

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the following detailed description and the accompanying drawing, which is only illustrative, and is not limiting of the present invention.

FIG. 1. A schematic view of the laundry retention device embodying the present invention

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

An embodiment of the laundry retaining device 10 of the present invention is shown in FIG. 1. In this embodiment, the device 10 comprises a strap 11 having opposing strap ends 12a and 12b. Attached to one strap end 12a is a female side-release fastener 14. Attached to the other strap end 12b is a male side-release fastener 16. The female and male side-release fasteners together form a fastener 18 for releasably connecting said opposing strap ends 12a and 12b of the strap 11.

In a particularly preferred embodiment, the strap 11 may be made from a variety of materials and have a variety of lengths as determined by an ordinarily-skilled artisan. Preferably, the strap 11 is made from nylon and is about three-quarters of an inch in width and 18 inches in length (Part No. N0019, Tape Craft, Anniston, Ala.). Additionally, in this particularly preferred embodiment, the fastener 18 is a FASTEXN SR-3/4 squeezable, side-release fastener (Part No. 101-0075-5614, ITW Nexus, Wood Dale, Ill.).

The device 10 further includes a bag 20. The bag can be made of mesh, screen, fabric, perforated fabric, or similar materials known by an ordinarily-skilled artisan to allow for the washing and drying of clothes placed inside the bag. In a particularly preferred embodiment, the bag is a mesh bag.

In the embodiment shown in FIG. 1, the bag 20 is relatively flat when empty and has two edges 25a and 25b and a bottom 26. The bag 20 has an opening 22, said opening having a pair of opposing opening sides 24a and 24b. In the preferred embodiment shown in FIG. 1, the opening 22 also has an opening flap 28 that is formed by folding over the top of the bag 20 near the opening 22. In the same illustrated embodiment, the opening flap 28 forms an opening collar 29 by attaching the opening flap 28 to the top of the bag 20 around the perimeter of the opening 22.

The bag 20 has a closure 21 to close said opening 22. The closure 21 can be any means known by an ordinarily-skilled artisan suitable to close a bag for use in laundering clothes. Such a closure 21 includes, but is not limited to: a drawstring; a cord and a cordlock fastener; a conventional zipper; a plastic zipper such as those found in ZIPLOC® bags and ZIPLOC® Easy Zipper bags (S. C. Johnson Home Storage Inc., Racine, Wis.), and those described in Naito, U.S. Pat. No. Re. 28,969, Kirkpatrick, U.S. Pat. Nos. 4,186,786 and 4,285,105, and Dais et al. U.S. Pat. No. 5,140,727 (1992); and hook and loop strips such as VELCRO® hook and loop tapes (Velcro USA Inc., Manchester, N.H.). Depending on the type of closure 21 used in the particular embodiment of the inventions, the closure 21 should either cinch closed the opening 22 or secure the opposing opening sides 24a and 24b so that clothing articles placed inside the bag 20 do not escape or fall out of the bag during the laundering process.

In the illustrated embodiment shown in FIG. 1, the closure 21 comprises a cord 30 and a releasable cordlock fastener 32. The cord 30 passes around the perimeter of the opening 22 through the opening collar 29. In a particularly preferred embodiment, the cord 30 has a pair of cord ends 31a and

4

31b. One cord end 31a is attached to one strap end 12b. The other cord end 31b passes through the opening collar 29 on one of the opening sides 24a beginning at the edge of the bag 25a that is closest to the strap. The cord end 31b then exits the opening collar 29 on the edge of the bag 25b that is farthest from the strap end 12b and extends outside the opening collar 29 creating a cord tail 34. The cord end 31b then passes back through the opening collar 29 along the other opening side 24b and attaches to the same strap end 12b. In this embodiment, the cord 30 forms a loop that passes through the opening collar 29 around the perimeter of the opening 22. In this same particularly preferred embodiment, the cord tail 34 is threaded through a releasable cordlock fastener 32 and the cordlock fastener 32 is secured on the cord 30 by a knot 36 in the cord 30. In this particularly preferred embodiment, the opening 22 is closed by sliding the cordlock fastener 32 along the loop of cord 30 towards the strap end 12b cinching the opening 22 closed. The cordlock fastener 32 prevents the opening 22 from opening during laundering. To open the bag 20, the user slides the cordlock fastener 32 away from the strap end 12b allowing the opening 22 to open. Embodiments employing drawstrings, conventional zippers, plastic zippers, and hook and loop strips can be opened and closed using methods known by ordinarily-skilled artisans to be suitable for each closure type.

The bag 20 is attached to the strap 11 using any means known by an ordinarily-skilled artisan. In the illustrated embodiment shown in FIG. 1, the bag 20 attaches to the strap 11 via the cord 30. The cord 30 has two cord ends 31a and 31b, one cord end 31a connects to one strap end 12b. The other cord end 31b threads through the opening collar 29 along the perimeter of the opening 22 and then the other cord end 31b attaches to the same strap end 12b. Other embodiments include directly attaching a portion of the bag 20 to the strap by sewing, gluing, heat welding, or similar means. Still other embodiments include attaching the bag 20 to the strap 11 along one opposing side of the opening 24a or 24b. In such embodiments, the closing means would preferably be a conventional zipper, a plastic zipper, or hook and loop strips as the opening 22 would not be easily cinched closed.

In a particularly preferred embodiment, the bag 20 is a mesh bag and is made from nylon and has an opening 22 of about 9 inches in width measured from one edge 25a to the other edge 25b. In this same particularly preferred embodiment, the bag 20 measures about 9.5 inches deep from the opening 22 to the bottom 26 and is made of polyester (Part No. TA 97, Apex Mills, Inwood, N.Y.). Further in this same particularly preferred embodiment, the cord 30 is made of nylon and the cordlock fastener 32 is a nylon cordlock fastener ("Toaster Ellipse," Part No. 350-2000, ITW Nexus, Wood Dale, Ill.) and the cord 30 is made of nylon (Part No. 4201, Frankin Braid Co., Emporia, Va.). The length of the cord 30 in this same embodiment is sufficient to allow the opening 22 to fully open and still have a cord tail 34 exposed outside of the opening collar 29.

The illustrated embodiment of FIG. 1 has an identification tag 40 that allows for the identification of each set of clothes that is retained by the device 10. Thus, several sets of clothes can be washed and dried at once, each being identified by the unique markings on the identification tag 40.

To use the device 10, larger articles of clothing that have openings, such as shirts and shorts, are threaded onto the strap 11 by passing one strap end 12a through the openings and coupling the strap end with the other strap end 12b via the fastener 18. Smaller articles of clothing, or those articles

US 6,478,464 B1

<table>
<tr><td>5</td><td>6</td></tr>
</table>

that do not have openings that would allow the strap **11** to pass through them, are placed inside the bag **20** through the opening **22** and then closing the opening **22** with the closure **21**.

The device **10** and retained clothes are then placed in a washing machine. Because the clothes are retained on the device **10**, several sets of clothes, each set retained on a device **10**, can be washed at one time. The individual sets of clothes are then removed from the washer and placed in a dryer. By using the device **10**, each set of clothes is maintained during washing and drying. Therefore, the device **10** eliminates the need to sort through the completed laundry to recreate each individual set of clothes.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made without departing from the spirit and scope of the invention as defined in the appended claims.

What is claimed is:

1. A laundry retention device comprising:

(a) a strap having opposing strap ends;

(b) a fastener for releasably connecting said opposing strap ends;

(c) a cord attached to one strap end; and

(d) a mesh bag having an opening and a closure to close said opening of the bag;

wherein said bag is attached to said strap with said cord, and wherein said cord extends from one end of said strap through the mesh of the mesh bag, and further wherein said closure comprises said cord and a releasable cordlock fastener.

2. The device of claim 1 wherein the opening includes a pair of opposing opening sides to the opening, said cord has a pair of opposing cord ends, and said bag further includes (i) an opening collar, (ii) a bottom, and (iii) a pair of edges, further wherein one cord end is attached at one strap end and the other cord end passes through the opening collar along one opening side beginning at the edge of the bag that is closest to said strap, the cord end then exits the opening collar on the edge of the bag farthest from said strap and extends outside the opening collar creating a cord tail, then the cord end passes back through the opening collar starting at the edge of the bag farthest from said strap and along the other opening side and then the cord end exits the opening collar and attaches to the same strap end forming a loop of cord, and wherein the closure comprises said cord and a releasable cordlock fastener with the cord tail threaded through the cordlock fastener.

* * * * *

# EXHIBIT
# C

US007275868B2

(12) **United States Patent**

Miller

(10) Patent No.:     **US 7,275,868 B2**
(45) Date of Patent:         **Oct. 2, 2007**

(54) **LAUNDRY RETENTION DEVICE**

(76) Inventor:  **David S. Miller**, 11 Lewis Cir.,
                 Wilmington, DE (US) 19804

( * ) Notice:   Subject to any disclaimer, the term of this
                patent is extended or adjusted under 35
                U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/145,049**

(22) Filed:     **Jun. 3, 2005**

(65)            **Prior Publication Data**

        US 2005/0229329 A1      Oct. 20, 2005

        **Related U.S. Application Data**

(60) Division of application No. 10/178,467, filed on Jun.
     24, 2002, now abandoned, which is a continuation of
     application No. 09/901,449, filed on Jul. 9, 2001, now
     Pat. No. 6,478,464.

(51) **Int. Cl.**
     *B65D 33/28*         (2006.01)
     *B65D 30/04*         (2006.01)
     *B65D 30/06*         (2006.01)
     *A45C 1/04*          (2006.01)
     *A45F 3/00*          (2006.01)
     *F41C 33/02*         (2006.01)
     *F42B 39/02*         (2006.01)
(52) **U.S. Cl.** .......................... 383/76; 383/74; 383/117;
                 383/75; 224/663; 224/665; 224/671; 224/675
(58) **Field of Classification Search** .................... 8/147,
                 8/148, 158, 159; 383/107, 117, 22, 24, 39,
                 383/74, 75, 76; 224/663, 665, 671, 675;
                 134/172, 173, 176; 239/172
     See application file for complete search history.

(56)            **References Cited**

        U.S. PATENT DOCUMENTS

        1,077,959  A    11/1913  Gregory et al.

| | | | |
|---|---|---|---|
| 1,493,594 | A |  | 5/1924 | Binns |
| 1,597,734 | A |  | 8/1926 | Sousa, Jr. |
| 2,317,176 | A |  | 4/1943 | Byrd |
| 3,864,790 | A | * | 2/1975 | Reinwall, Jr. ............ 24/129 R |
| 4,228,834 | A |  | 10/1980 | Desnick |
| 4,411,267 | A |  | 10/1983 | Heyman |
| 4,630,312 | A | * | 12/1986 | Milstein ...................... 383/86 |
| 4,713,033 | A |  | 12/1987 | Cameron |
| D294,757 | S |  | 3/1988 | Kahane et al. |
| 4,884,732 | A |  | 12/1989 | Sunderland |
| 4,911,345 | A |  | 3/1990 | James et al. |
| 4,923,105 | A |  | 5/1990 | Snyder |
| 4,974,709 | A |  | 12/1990 | Furlow et al. |
| 4,979,833 | A |  | 12/1990 | Cook |
| 5,050,999 | A |  | 9/1991 | Van Loon, III |
| 5,060,835 | A |  | 10/1991 | Payne |
| 5,150,824 | A |  | 9/1992 | Alvarez et al. |
| 5,238,305 | A |  | 8/1993 | Feller |
| 5,353,975 | A |  | 10/1994 | Libertucci |

(Continued)

*Primary Examiner*—Michael Kornakov
*Assistant Examiner*—Rita R Patel
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge &
Hutz LLP

(57)            **ABSTRACT**

The invention is directed to a laundry retaining device
comprising a strap and a bag. The strap is suitable for
retaining larger articles of clothing that have openings to
pass the strap through, such as shirts and shorts. The bag,
preferably a mesh bag, retains smaller articles of clothing or
articles that do not have openings to pass the strap through.
The device allows for the washing and drying of a set or
several sets of clothes at once without having to sort and
recreate each set of laundered clothes.

**4 Claims, 3 Drawing Sheets**



**US 7,275,868 B2**

Page 2

U.S. PATENT DOCUMENTS

5,551,128 A * 9/1996 Townsend .................... 24/302
5,558,440 A   9/1996 Miller
5,704,531 A   1/1998 Nam
5,836,497 A  11/1998 Pelish
D411,671 S    6/1999 Hamblin
6,038,748 A * 3/2000 Durney et al. ................ 24/302
6,070,282 A   6/2000 Underly et al.

6,092,702 A    7/2000 Cassidy, IV
6,095,390 A    8/2000 Bogle
6,174,848 B1 * 1/2001 Dawson et al. ............ 510/297
6,216,933 B1   4/2001 Healy
6,257,406 B1   7/2001 Garino
6,279,799 B1   8/2001 Horton
2005/0242248 A1 * 11/2005 Ryan ........................... 248/95

* cited by examiner



*Fig. 1.*

David M.

*Fig.2.*



*Fig.3.*



*Fig.4.*




U.S. Patent          Oct. 2, 2007        Sheet 3 of 3          US 7,275,868 B2

Figure 5



US 7,275,868 B2

1

**LAUNDRY RETENTION DEVICE**

CROSS REFERENCE TO RELATED
APPLICATIONS

This application is a divisional of application Ser. No. 10/178,467 filed Jun. 24, 2002 now abandoned, which is a continuation application of Ser. No. 09/901,449 filed on Jul. 9, 2001 now U.S. Pat. No. 6,478,464.

INTRODUCTION

The invention is directed to a laundry retention device comprising a strap and a bag. The device provides a convenient means to keep a set of clothes together, including articles of clothing that do not have openings to pass a strap through, such as socks, so that a set or several sets of clothes can be laundered at once without having to sort and recreate the set or sets of laundered clothes.

BACKGROUND OF THE INVENTION

To launder sets of clothing for a group of individuals, such as athletic uniforms, it is necessary to group each set of clothes so that it can be returned to the proper individual. To efficiently launder several sets of clothes at once, a retention device is needed to keep each set of clothes together while the clothes are laundered. With such a device, the clothes can be returned to the individual without having to manually sort through all of the clothing and recreate each set. An important aspect of such a laundry retention device is the ability to securely retain smaller articles of clothing, such as socks. These smaller articles can be the most difficult and time consuming to sort.

There are three general devices known for retaining laundry. These are: (1) a large laundry pin; (2) a mesh bag; and (3) a strap or leash. Each of these devices has drawbacks that makes it unsatisfactory for use with small articles of clothing.

Laundry pins resemble large safety pins that are about five inches in length and are typically made of metal. A laundry pin retains articles of clothing by either passing through an opening in the article or by piercing the article. Articles of clothing that do not have an opening to pass the pin through, such as socks, must be pierced. Articles that are too thick to pass the pin through must also be pierced. Piercing clothes damages the clothing. Another drawback of laundry pins is that the shape causes them to snag and tear other garments when several sets of clothes are laundered at once. Further, because of the size and shape of the pin, the amount of clothes that can be retained with a single pin is limited. Still another limitation of laundry pins is that any identification tag for the clothes must also be attached to the pin.

Mesh bags are conventionally constructed of mesh nylon or similar material. While mesh bags avoid the problems associated with laundry pins, such as the snagging and tearing of clothes, large clothing articles tend to wad up in the bag during washing. The tendency for clothes to wad up in the mesh bags prevents the clothes from being fully cleaned and dried. Also, when a mesh bag is placed in a dryer the clothes tend to become severely wrinkled.

Laundry straps or leashes are suitable for retaining articles of clothing that have openings to pass the strap through so that the strap can be closed to form a loop. The size of the loop allows for larger clothes to be effectively cleaned and dried without causing excessive wrinkling. Additionally, because there are no sharp edges or places to snag, laundry

2

straps do not damage the clothes. However, laundry straps have the inherent problem of being incapable of retaining articles of clothing that do not have openings to pass the strap through, such as socks.

One solution to this inherent drawback of laundry straps is the addition of a second buckle to form a smaller loop with the strap. Such a device is disclosed in Townsend, U.S. Pat. No. 5,551,128 (1996). However, the ability for this type of device to securely retain socks and other small articles of clothing is limited as these articles are only held by the friction between the clothes and the smaller loop.

Another solution to the inherent drawback of laundry straps is the combination of the strap and a loop of cord with a cordlock fastener to retain socks. Such a device is disclosed in Durney et al., U.S. Pat. No. 6,038,748 (2000). However, this device, like that of Townsend, retains small clothes solely by the friction between the clothes and the nylon cord. Both of these devices are known to unsuccessfully retain socks and other small articles of clothing without openings, particularly when the clothes are made from modern synthetic fabrics which do not function well with friction retention systems.

The drawbacks observed in the prior art clearly show that there is a need to provide a laundry retention device that retains socks and other small articles of clothing that do not have openings These drawbacks have been overcome by the inventor through the addition of a relatively small bag attached to a laundry strap. The invention has unexpectedly been found to successfully retain articles of clothing without openings, such as socks, while being able to effectively clean and dry all of the retained articles of clothing. Because the present invention does not retain socks and other small articles of clothing by friction, the invention securely holds clothes made from both natural and, particularly, synthetic fibers.

SUMMARY OF THE INVENTION

The present invention is a device for retaining laundry comprising a strap having opposing strap ends with a fastener to releasably connect the strap ends and a bag, the bag having an opening and a closure to close the opening. The bag is attached to the strap. The strap retains the clothes by passing one strap end through openings in the clothes and connecting the strap end to the other strap end using the fastener. The bag retains articles of clothing that do not have openings to pass the strap through, such as socks. The bag is made of mesh, screen, fabric, perforated fabric, or other suitable material known by an ordinarily-skilled artisan to allow the clothes inside the bag to be effectively washed and dried. In a preferred embodiment of the present invention, the bag is a mesh bag.

In view of the above, it is an object of the present invention to provide a device to securely retain articles of clothing both with and without openings so that all of the retained clothes can be effectively cleaned and dried together. Effective cleaning and drying involves allowing the clothes to be thoroughly washed and dried. It is an object of the present invention that using the device allows for the retained clothes to be as effectively washed and dried as if the clothes were placed individually, i.e., not retained, into the washer and dryer.

It is another object of the present invention that more than one set of clothes can be simultaneously washed and dried by retaining each set of clothes with a device. It is yet another object of the present invention that an identification

US 7,275,868 B2

3                                                    4

tag is attached to the device so that each device and the retained clothes can be easily identified.

Further scope of applicability of the present invention will become apparent from the following detailed description. However, it should be understood that the detailed description of the preferred embodiments of the invention is provided for illustration only. Various changes and modifications within the spirit and scope of the invention will become apparent to an ordinarily-skilled artisan from this detailed description. Therefore, it is understood that both the above general description and the following detailed description are exemplary and explanatory and do not restrict the scope of the claimed invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the following detailed description and the accompanying drawing, which is only illustrative, and is not limiting of the present invention.

FIG. 1. A schematic view of the laundry retention device embodying the present invention.

FIG. 2. A partial schematic view of the laundry retention device having a hook and loop strip closure.

FIG. 3. A partial schematic view of the laundry retention device having a zipper closure.

FIG. 4. A partial schematic view of the laundry retention device having a toggle closure.

FIG. 5. A flow chart of a method of laundering articles of clothing using the laundry retention device.

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

An embodiment of the laundry retaining device 10 of the present invention is shown in FIG. 1. In this embodiment, the device 10 comprises a strap 11 having opposing strap ends 12a and 12b. Attached to one strap end 12a is a female side-release fastener 14. Attached to the other strap end 12b is a male side-release fastener 16. The female and male side-release fasteners together form a fastener 18 for releasably connecting said opposing strap ends 12a and 12b of the strap 11.

In a particularly preferred embodiment, the strap 11 may be made from a variety of materials and have a variety of lengths as determined by an ordinarily-skilled artisan. Preferably, the strap 11 is made from nylon and is about three-quarters of an inch in width and 18 inches in length (Part No. N0019, Tape Craft, Anniston, Ala.). Additionally, in this particularly preferred embodiment, the fastener 18 is a FASTEX® SR-¼ squeezable, side-release fastener (Part No. 101-0075-5614, ITW Nexus, Wood Dale, Ill.).

The device 10 further includes a bag 20. The bag can be made of mesh, screen, fabric, perforated fabric, or similar materials known by an ordinarily-skilled artisan to allow for the washing and drying of clothes placed inside the bag. In a particularly preferred embodiment, the bag is a mesh bag.

In the embodiment shown in FIG. 1, the bag 20 is relatively flat when empty and has two edges 25a and 25b and a bottom 26. The bag 20 has an opening 22, said opening having a pair of opposing opening sides 24a and 24b. In the preferred embodiment shown in FIG. 1, the opening 22 also has an opening flap 28 that is formed by folding over the top of the bag 20 near the opening 22. In the same illustrated embodiment, the opening flap 28 forms an opening collar 29 by attaching the opening flap 28 to the top of the bag 20 around the perimeter of the opening 22.

The bag 20 has a closure 21 to close said opening 22. The closure 21 can be any means known by an ordinarily-skilled artisan suitable to close a bag for use in laundering clothes. Such closure 21 includes, but is not limited to: a drawstring; a cord and a cordlock fastener; a conventional zipper; a plastic zipper such as those found in ZIPLOC® bags and ZIPLOC® Easy Zipper bags (S.C. Johnson Home Storage Inc., Racine, Wis.), and those described in Naito, U.S. Pat. No. Re. 28,969, Kirkpatrick, U.S. Pat. Nos. 4,186,786 and 4,285,105, and Dais et al. U.S. Pat. No. 5,140,727 (1992); and hook and loop strips such as VELCRO® hook and loop tapes (Velcro USA Inc., Manchester, N.H.). Depending on the type of closure 21 used in the particular embodiment of the inventions, the closure 21 should either cinch closed the opening 22 or secure the opposing opening sides 24a and 24b so that clothing articles placed inside the bag 20 do not escape or fall out of the bag during the laundering process. For example, in the case of a convention or plastic zipper closure 21, the zipper is located in the opening 22 so that it will close the opening 22 of the bag 20. In the case of a hook and loop strips closure 21, the hook and loops strips are located in the opening 22 so that they will close the opening 22 of the bag 20.

In the illustrated embodiment shown in FIG. 1, the closure 21 comprises a cord 30 and a releasable cordlock fastener 32. The cord 30 passes around the perimeter of the opening 22 through the opening collar 29. In a particularly preferred embodiment, the cord 30 has a pair of cord ends 31a and 31b. One cord end 31a is attached to one strap end 12b. The other cord end 31b passes through the opening collar 29 on one of the opening sides 24a beginning at the edge of the bag 25a that is closest to the strap. The cord end 31b then exits the opening collar 29 on the edge of the bag 25b that is farthest from the strap end 12b and extends outside the opening collar 29 creating a cord tail 34. The cord end 31b then passes through the opening collar 29 along the other opening side 24b and attaches to the same strap end 12b. In this embodiment, the cord 30 forms a loop that passes through the opening collar 29 around the perimeter of the opening 22. In this same particularly preferred embodiment, the cord tail 34 is threaded through a releasable cordlock fastener 32 and the cordlock fastener 32 is secured on the cord 30 by a knot 36 in the cord 30. In this particularly preferred embodiment, the opening 22 is closed by sliding the cordlock fastener 32 along the loop of cord 30 towards the strap end 12b cinching the opening 22 closed. The cordlock fastener 32 prevents the opening 22 from opening during laundering. To open the bag 20, the user slides the cordlock fastener 32 away from the strap end 12b allowing the opening 22 to open. Embodiments employing drawstrings, conventional zippers, plastic zippers, and hook and loop strips can be opened and closed using methods known by ordinarily-skilled artisans to be suitable for each closure type.

The bag 20 is attached to the strap 11 using any means known by an ordinarily-skilled artisan. In the illustrated embodiment shown in FIG. 1, the bag 20 attaches to the strap 11 via the cord 30. The cord 30 has two cord ends 31a and 31b, one cord end 31a connects to one strap end 12b. The other cord end 31b threads through the opening collar 29 along the perimeter of the opening 22 and then the other cord end 31b attaches to the same strap end 12b. Other embodiments include directly attaching a portion of the bag 20 to the strap by sewing, gluing, heat welding, or similar means. Still other embodiments include attaching the bag 20

US 7,275,868 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

to the strap 11 along one opposing side of the opening 24a or 24b. In such embodiments, the closing means would preferably be a conventional zipper, a plastic zipper, or hook and loop strips as the opening 22 would not be easily cinched closed.

In a particularly preferred embodiment, the bag 20 is a mesh bag and is made from nylon and has an opening 22 of about 9 inches in width measured from one edge 25a to the other edge 25b. In this same particularly preferred embodiment, the bag 20 measures about 9.5 inches deep from the opening 22 to the bottom 26 and is made of polyester (Part No. TA 97, Apex Mills, Inwood, N.Y.). Further in this same particularly preferred embodiment, the cord 30 is made of nylon and the cordlock fastener 32 is a nylon cordlock fastener ("Toaster Ellipse," Part No. 350-2000, ITW Nexus, Wood Dale, Ill.) and the cord 30 is made of nylon (Part No. 4201, Frankin Braid Co., Emporia, Va.). The length of the cord 30 in this same embodiment is sufficient to allow the opening 22 to fully open and still have a cord tail 34 exposed outside of the opening collar 29.

The illustrated embodiment of FIG. 1 has an identification tag 40 that allows for the identification of each set of clothes that is retained by the device 10. Thus, several sets of clothes can be washed and dried at once, each being identified by the unique markings on the identification tag 40.

To use the device 10, larger articles of clothing that have openings, such as shirts and shorts, are threaded onto the strap 11 by passing one strap end 12a through the openings and coupling the strap end with the other strap end 12b via the fastener 18. Smaller articles of clothing, or those articles that do not have openings that would allow the strap 11 to pass through them, are placed inside the bag 20 through the opening 22 and then closing the opening 22 with the closure 21.

The device 10 and retained clothes are then placed in a washing machine. Because the clothes are retained on the device 10, several sets of clothes, each set retained on a device 10, can be washed at one time. The individual sets of clothes are then removed from the washer and placed in a dryer. By using the device 10, each set of clothes is maintained during washing and drying. Therefore, the device 10 eliminates the need to sort through the completed laundry to recreate each individual set of clothes.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made without departing from the spirit and scope of the invention as defined in the appended claims.

I claim:

1. A method of laundering articles of clothing comprising:
(a) securing the articles of clothing to be laundered on a laundry retention device comprising:
    (i) a strap having opposing strap ends;
    (ii) a fastener for releasably connecting said opposing strap ends; and
    (iii) a bag having an opening and a closure to close said opening of the bag; wherein said bag is directly attached to said strap;
wherein the laundry retention device secures the articles of clothing that have openings by passing one end of the strap through an opening in the article of clothing and coupling the strap end with the other strap end via the fastener, and wherein the laundry retention device secures the articles of clothing that do not have openings to pass the strap through by placing those articles of clothing inside the bag and closing the opening of the bag with the closure; and
(b) washing the articles of clothing by placing the laundry retention device and the secured clothes into a washing machine.

2. The method of doing laundry of claim 1 further comprising step (c) placing the laundry retention device and the secured clothes into a dryer.

3. A method of laundering articles of clothing comprising:
(a) securing at least one set of articles of clothing on a laundry retention device comprising:
    (i) a strap having opposing strap ends;
    (ii) a fastener for releasably connecting said opposing strap ends; and
    (iii) a bag having an opening and a closure to close said opening of the bag; wherein said bag is directly attached to said strap;
wherein the laundry retention device secures the articles of clothing that have openings by passing one end of the strap through an opening in the article of clothing and coupling the strap end with the other strap end via the fastener, and wherein the laundry retention device secures the articles of clothing tat do not have openings to pass the strap through by placing those articles of clothing inside the bag and closing the opening of the bag with the closure; and
(b) washing the at least one set of articles of clothing by placing the laundry retention device and the secured set of clothes into a washing machine.

4. The method of doing laundry of claim 3 further comprising step (c) placing the laundry retention device and the secured set of clothes into a dryer.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.　　　　: 7,275,868 B2　　　　　　　　　　　　Page 1 of 1
APPLICATION NO. : 11/145049
DATED　　　　　　 : October 2, 2007
INVENTOR(S)　　　 : David S. Miller

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims:

In Claim 3, in column 6, on line 40, "secures the articles of clothing tat do not have openings" should read -- secures the articles of clothing that do not have openings --.

Signed and Sealed this

Twenty-fifth Day of December, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

DAVID S. MILLER

**(b)** County Of Residence of First Listed Plaintiff   New Castle County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Daniel C. Mulveny (#3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, Delaware 19899        Telephone: (302) 658-9141

## DEFENDANTS

PEGGY R. DURNEY, MICHAEL J. DURNEY, AND LAUNDRY LOOPS

County of Residence Of First Listed Defendant:   Gallatin County, MT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

X 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers | Injury Product | ☐ 650 Airline Regs. | | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 820 Copyrights | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | | Safety/Health | X 830 Patent | ☐ 490 Cable/Sat TV |
| (Excl Veterans) | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 370 Other Fraud | | | ☐ 850 Securities/ Commodities |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | | | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA  (1395ff) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW | ☐ 891 Agricultural Acts |
| | | | ☐ 730 Labor/Mgmt Reporting | (405(g)) | ☐ 892 Economic Stabilization |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 864 SSID Title XVI | Act |
| | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 443 Housing/ | | Security Act | | Act |
| ☐ 230 Rent Lease & Ejectment | Accommodations | **HABEAS CORPUS:** | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | | or Defendant) | Determination Under |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – | ☐ 535 Death Penalty | | ☐ 871 IRS - Third Party | Equal Access to Justice |
| ☐ 290 All Other Real Property | Employment | ☐ 540 Mandamus & Other | | 26 USC 7609 | ☐ 950 Constitutionality of State |
| | ☐ 446 Amer. w/Disabilities – | ☐ 550 Civil Rights | | | Statutes |
| | Other | ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271 (a) through (c)

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A   CLASS ACTION ☐ YES ☐ NO     DEMAND: In excess of $75,000.00
UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint
JURY DEMAND:   X YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE      ***       SEE ATTACHED LIST OF RELATED CASES        DOCKET NUMBERS

DATE

**February 1, 2008**

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #              AMOUNT                  APPLYING IFP                  JUDGE              MAG. JUDGE