IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. MILLER<br><br>   Plaintiff<br><br>   v.<br><br>PEGGY R. DURNEY,<br>MICHAEL J. DURNEY, and<br>LAUNDRY LOOPS<br><br>   Defendants | Civil Action No. 08-68-SLR |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, David S. Miller, through undersigned counsel, dismisses the above-captioned action and all claims therein without prejudice. Each party shall bear its own costs and attorneys' fees in connection with this action.

Respectfully submitted 11 March 2008.

/s/ Daniel C. Mulveny
Daniel C. Mulveny (3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)

*Attorneys for Plaintiff David S. Miller*

596565_1.DOC