AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>08-CV-68 | DATE FILED<br>2/01/08 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>David S. Miller | | DEFENDANT<br>Peggy R. Durney, Michael J. Durney & Laundry Loops |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,478,464 B1 | 11/12/02 | David S. Miller |
| 2 | US 7,275,868 B2 | 10/02/07 | David S. Miller |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Case closed 4-15-08 per notice of dismissal (see attached)

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>[signature] | DATE 4-15-08<br>~~02/01/08~~ |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. MILLER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PEGGY R. DURNEY, )<br>MICHAEL J. DURNEY, and )<br>LAUNDRY LOOPS )<br>)<br>Defendants )<br>_____) | Civil Action No. 08-68-SLR |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, David S. Miller, through undersigned counsel, dismisses the above-captioned action and all claims therein without prejudice. Each party shall bear its own costs and attorneys' fees in connection with this action.

Respectfully submitted 11 March 2008.

/s/ Daniel C. Mulveny
Daniel C. Mulveny (3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)

*Attorneys for Plaintiff David S. Miller*

596565_1.DOC